## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Joan M. Azrack       DATE : 6/8/12

DOCKET NUMBER: 12-526M       LOG #: 11:49 - 12:00

DEFENDANT'S NAME : William Burke
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : Joseph Sorrentino
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: Tanisha Payne       DEPUTY CLERK : K. DiLorenzo

INTERPRETER :                              (Language)

__Bail__ Hearing held. _____ Hearing adjourned to _____

✓ Defendant was released on $100,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to ALL counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Defense counsel presents a bail package with one surety. Gov't court grants a bail package but dft will not be released until a bed is available at an in-treatment program.