## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** _Steven Gold_          **DATE :** _6/12/12_

**DOCKET NUMBER :** _12-526m_          **LOG # :** _3:43 - 3:47_

**DEFENDANT'S NAME :** _William Burke_

    ✓ Present     ___ Not Present          ✓ Custody     ___ Bail

**DEFENSE COUNSEL :** _Joseph Sorrentino_

    ___ Federal Defender     ___ CJA          ✓ Retained

**A.U.S.A :** _Tanisha Payne_          **DEPUTY CLERK :** _S M Yuen_

**INTERPRETER :** _____ (Language) _____

___ _Status_ _____ Hearing held. _____ Hearing adjourned to _6/15/12 11am_

_____ Defendant was released on_____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type_____   Start_____ Stop _____

_____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

_____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER _____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _Medical memo entered_